MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL K. GREINER,<br><br>  Defendant. | Case No. 1:20-po-00296-SAB<br><br>[Citation #9073162; CA74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00296-SAB [Citation #9073162; CA74] against DANIEL K. GREINER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The parties have reached a deferred prosecution agreement in this case.

DATED: May 13, 2025                              Respectfully submitted,

                                                                         MICHELE BECKWITH
                                                                         Acting United States Attorney

                                                           By:    /s/ *Chan Hee Chu*
                                                                         CHAN HEE CHU
                                                                         Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-po-00296-SAB [Citation #9073162; CA74] against DANIEL K. GREINER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __May 13, 2025__

STANLEY A. BOONE
United States Magistrate Judge